**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUAN ORLANDO ROMERO,

                Plaintiff,                              20 **CIVIL** 10918 ( SDA )

       -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation & Order dated August 29, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings including the opportunity for a new hearing.

**Dated:** New York, New York
         August 31, 2022

                                                                          **RUBY J. KRAJICK**

                                                                           **Clerk of Court**

                    **BY:**

                                                                           **Deputy Clerk**