UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Orlando Romero,

                        Plaintiff,

-against-

Commissioner of Social Security,

                        Defendant.

1:20-cv-10918 (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/2022

**STEWART D. AARON, United States Magistrate Judge:**

The deadline for the Commissioner to file response to Plaintiff's motion for attorneys' fees was December 1, 2022; however, no response has yet been filed. No later than December 9, 2022, the Commissioner shall file a response to Plaintiff's motion, otherwise, the Court will consider Plaintiff's motion as unopposed.

**SO ORDERED.**

Dated:     New York, New York
            December 2, 2022

_____
STEWART D. AARON
United States Magistrate Judge