**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Juan Orlando Romero,

                          Plaintiff,                          20 **CIVIL** 10918 (SDA)

            -v-                                                    **JUDGMENT**
                                                              **For Attorney's Fees**

Commissioner of Social Security,

                          Defendant.
------------------------------------------------------------X


            It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 11, 2022, Plaintiff's motion is GRANTED.

Judgment is entered ordering that Defendant shall pay Plaintiff's counsel, Daniel Berger, Esq.,

attorneys' fees in the amount of $10,188.50.

**Dated:**  New York, New York
            December 12, 2022


                                            **RUBY J. KRAJICK**

                                    _____
                                            **Clerk of Court**

                          **BY:**      *K. Mango*
                                    _____
                                            **Deputy Clerk**